# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NICHOLAS MCGRATH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),<br><br>　　　　　Defendants. | Civil Action No.<br><br>24-3665 (SDW) (LDW)<br><br><br>**ADMINISTRATIVE TERMINATION ORDER** |

**THIS MATTER** having come before the Court by way of a September 2, 2025 telephone conference before the undersigned; and in light of plaintiff's imminent plan to have surgery that is likely to affect the alleged damages in this action; and given the need for plaintiff to recover from surgery in order for his condition to be reevaluated before trial; and all parties having consented hereto; and for good cause shown;

**IT IS, on this 2nd day of September 2025,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that any party may request that this action be reopened and restored to the Court's active docket by filing a letter to that effect; and it is further

**ORDERED** that the parties shall appear for a telephonic status conference before the undersigned on **November 13, 2025 at 3:30 p.m.** The parties shall submit concise status letters to the Court no later than one week in advance of the conference. Dial-in information for the conference is (973) 437-5535, access code 747 130 797#.

　　　　　　　　　　　　　　　　　　　　_s/ Leda Dunn Wettre_
　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge