**GOGGIN & DUCKWORTH, P.C.**

*ATTORNEYS AT LAW*
SUITE 1108
1420 WALNUT STREET
PHILADELPHIA, PA 19102
(215) 735-8780 FAX (215) 735-5126
1-800-666-FELA

www.goggin-duckworth.com

| | |
|---|---|
| **ROBERT GOGGIN, III**** | **\*\*Admitted PA-NJ** |
| **JAMES DUCKWORTH****+^ | **\*\*+^Admitted PA-NJ-DC-NY** |

November 10, 2025

<u>*Via* ECF filing ONLY</u>
The Honorable Leda Dunn Wettre
United States District Court
  for the State of New Jersey
Courtroom MLK 3C
Martin Luther King Building & U.S. Courthouse
Newark, NJ 07102

    Re:   <u>**Nicholas McGrath v. National Railroad Passenger Corporation**</u>
           **USDC, District of New Jersey, Civil Action No.: 2:24-cv-03665**

Your Honor:

    Per Your Honor's Order of September 2, 2025, regarding status of Plaintiff's imminent plan to have surgery. Mr. McGrath continues to actively treat for his injuries. In September, his orthopedic surgeon recommended a fusion procedure. His pain management doctor recommended another round of injections with increases in his pain medication and the application of a TENS device. Mr. McGrath has another appointment on December 1, 2025, to discuss the pain management and moving forward with the fusion procedure.

    The parties agree that the current course of action is the best course of action to foster an effective resolution.

                                  Respectfully,

                                  */s/ James M. Duckworth*
                                  James M. Duckworth
                                  *Attorney for Plaintiff*

JMD/pam

cc:    Thomas J. Patania, Esquire (*via* ECF ONLY)